UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 7:14-CV-277-F

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of GREGORY POOLE EQUIPMENT COMPANY, Plaintiff, v. INTERNATIONAL FIDELITY INSURANCE COMPANY, PRECISION 2000, INC., PATRICIA A. TEAGUE, and DONALD L. BYRD, Defendants. | CLERK'S ENTRY OF DEFAULT AS TO DONALD L. BYRD |

Upon motion for entry of default filed by counsel for Plaintiff and because Defendant Donald L. Byrd has failed to appear, plead, or otherwise defend, default is entered against Defendant Donald L. Byrd as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 3rd day of March, 2015.

_____
Clerk, United States District Court