UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 7:14-CV-277-F

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>for the use of GREGORY POOLE )<br>EQUIPMENT COMPANY, )<br>             Plaintiff, )<br>              )<br>v. )<br>              )<br>INTERNATIONAL FIDELITY )<br>INSURANCE COMPANY, )<br>PRECISION 2000, INC., PATRICIA )<br>A. TEAGUE, and DONALD L. BYRD, )<br>             Defendants. ) | **CLERK'S ENTRY OF DEFAULT<br>AS TO<br>PATRICIA A. TEAGUE** |

      Upon motion for entry of default filed by counsel for Plaintiff and because Defendant Patricia A. Teague has failed to appear, plead, or otherwise defend, default is entered against Defendant Patricia A. Teague as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 3rd day of March, 2015.

_____
Clerk, United States District Court