UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-277-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA For the use of GREGORY POOLE EQUIPMENT COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| INTERNATIONAL FIDELITY INSURANCE COMPANY, PRECISION 2000, INC., PATRICIA A. TEAGUE and DONALD L. BYRD, | ) ) ) ) ) | |
| Defendants. | ) | |

In response to this court's May 28, 2015, Order [DE-21], Plaintiff has filed a Notice [DE-22] indicating that it has determined that the Fourth Circuit's interpretation of *Frow v. De La Vega*, 82 U.S. (15 Wall.) 552, 21 L.Ed. 60 (1872) precludes the entry of default judgment against the non-answering defendants at this time. Accordingly, Plaintiff's Motion for Default Judgment [DE-17], is DENIED without prejudice.

SO ORDERED.

This the _15_ day of July, 2015.

JAMES C. FOX
Senior United States District Judge